AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

COMMONWEALTH OF PUERTO RICO ET AL.

v.

SHELL OIL COMPANY, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-1505 (ccc)

TO: (Name and address of Defendant)

Total Oil, Inc.
Registered Agent
CT Corporation Systems
361 San Francisco Street, Penthouse
Old San Juan, PR  00901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Orlando H. Martinez, Esquire
Orlando H. Martinez Law Offices
Centro de Seguros, Suite 413
701 Ponce de Leon Avenue
San Juan, PR  00907

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

FRANCES RIOS DE MORAN
CLERK OF COURT

OCT - 4 2007

CLERK                                                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | Oct. 9, 2007 |
| NAME OF SERVER (PRINT) Roberto Diaz | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: c/o Jeannette Torres Representative
CT Corporation Systems
361 San Francisco ST. San Juan, PR. 00901

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                    Date

Signature of Server

MLQ ATTORNEY SERVICES
2000 RIVEREDGE PARKWAY NW
SUITE 885
Address of Server  ATLANTA, GA  30328
1-800-446-8784

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.