**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

|  |  |  |
|---|---|---|
| COMMONWEALTH OF PUERTO RICO and COMMONWEALTH OF PUERTO RICO through the ENVIRONMENTAL QUALITY BOARD, | ) ) ) ) ) | |
| *Plaintiff,* | ) ) | Case No. 3:07-cv-01505-CCC-BJM |
| v. | ) ) | |
| SHELL OIL COMPANY, *et al.,* | ) ) | |
| *Defendants.* | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

**TO THE HONORABLE COURT:**

Pursuant to Local Rule 83D(b) of the Local Rules of this Court, the undersigned respectfully moves for the withdrawal of the appearance of Nathan P. Short as counsel for Plaintiff the Commonwealth of Puerto Rico and the Commonwealth of Puerto Rico through the Puerto Rico Environmental Quality Board in the above-captioned matter.  On March 18, 2019, Attorney Short, an attorney in the Law Offices of John K. Dema P.C., counsel for the Plaintiff, entered an appearance with the filing of the Application and Order for Admission *pro hac vice*. *See* ECF No. 127.  Mr. Short has ceased his association with the Law Offices of John K. Dema P.C. and thus respectfully requests withdrawal from the above-captioned case. Plaintiff will continue to be represented by other counsel who have entered an appearance in the above-captioned matter.

**WHEREFORE**, it is respectfully requested that this Honorable Court grant leave to withdraw the appearance of attorney Nathan P. Short and order the Clerk of the Court that no further notifications be made to the attorney Nathan P. Short.

1

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 29th day of October 2020.

I HEREBY CERTIFY that on this date a copy of this motion was electronically filed with

the Clerk of the Court using the CM/ECF system, which will send notice electronically to all

counsel of record.

*/s/ Nathan P. Short*
Law Offices of John K. Dema, P.C.
Nathan P. Short
John K. Dema
Special Counsel for the Secretary of Justice
1236 Strand Street, Suite 103
Christiansted, St. Croix
U.S. Virgin Islands 00820-5008


*/s/ Orlando H. Martinez Echeverria*
USDCPR 213052
Orlando H. Martinez Echeverria Law Office LLC
Centro de Seguros, Suite 413
701 Ponce de León Avenue
San Juan, Puerto Rico 00907
omartinez@martinezlaw.org
Phone: (787) 722-2378
Fax: (787) 723-4661
