IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**COMMONWEALTH OF PUERTO RICO, et al.,**

**Plaintiffs,**

**v.**

**SHELL OIL CO., et al.,**

**Defendants.**

**CIVIL NO. 07-1505 (CCC-BJM)**

**PARTIAL JUDGMENT**

The Commonwealth of Puerto Rico and Total Petroleum Puerto Rico Corp.'s Confidential Settlement Agreement is **APPROVED**. (Docket No. 333-1).  Accordingly, the Court hereby enters partial judgment **DISMISSING** the instant case **WITH PREJUDICE** against codefendant Total Petroleum Puerto Rico Corps.  The Court will retain enforcement jurisdiction regarding the Confidential Settlement Agreement.

**SO ORDERED.**

In San Juan, Puerto Rico this 3rd day of December 2020.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
Chief United States District Judge