IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**COMMONWEALTH OF PUERTO RICO, et al,**

**Plaintiffs,**

v.

**SHELL OIL CO., et al,**

**Defendants.**

CIVIL NO. 07-1505 (CCC)

### JUDGMENT STAYING CASE

Pursuant to the Court's Order at Docket No. 338, judgment is hereby entered **STAYING** the instant case.

**SO ORDERED.**

In San Juan, Puerto Rico this 21st day of December 2020.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
Chief United States District Judge