IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| COMMONWEALTH OF PUERTO RICO<br><br>Plaintiff<br><br>v.<br><br>SHELL OIL COMPANY., ET AL.<br><br>Defendants | CIV. NO.: 07-1505 (SCC) |

## JUDGMENT

In view of the Order entered at Docket No. 346, this case is hereby dismissed with prejudice, as to Exxon Mobil Corporation and Esso Standard Oil Company (Puerto Rico) each party to bear its own costs, attorney's fees and expenses. The Court will retain jurisdiction to enforce the terms and conditions of the Consent Decree.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 21st day of July, 2021.

S/ SILVIA CARREÑO-COLL
UNITED STATES DISTRICT COURT JUDGE